JULIUS LIPPMAN *v.* WILLIAM F. ALDER, BERTUS U. CAIN, and GEORGE D. BERNHARDT.

JULIUS LIPPMAN *v.* COLORART PICTURES CORPORATION, LTD.

(*December* 23, 1930.)

PENNEWILL, C. J., RICE and RODNEY, J. J., sitting.

*Clarence A. Southerland* (of Ward and Gray) for plaintiff.

*John Biggs, Jr.,* for defendants.

Superior Court for New Castle County, Nos. 231 and 232, September Term, 1930.

PENNEWILL, C. J., delivering the opinion of the court:

The motions of the defendants to set aside the judgments entered against them in the above cases, are refused. *Riley v. Inter. Ban. Food Co.,* 185 *Ill. App.* 629.